# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GORDON C. REID, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    Civ. Action No. 15-375 (RMC) |
| | ) |
| CHARLES E. SAMUELS, JR., | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

Pending before the Court is Defendant Charles Samuels Jr.'s Motion to Dismiss or, in the Alternative, for Summary Judgment [Dkt. 14].  On October 1, 2015, the Court directed Mr. Reid to respond to the instant motion by November 30, 2015, and advised that his failure to respond might result in summary dismissal of the case on what would be treated as a conceded motion.  Order [Dkt. 15].  On January 5, 2016, the Court granted Mr. Reid's motion for additional time to respond and directed him to file his response by January 29, 2016.  Mr. Reid has neither filed a response nor sought additional time to respond.  Hence, pursuant to Local Civil Rule 7(b), the Court will treat Mr. Samuels' motion to dismiss as conceded and will dismiss the case. *See Slovinec v. Amer. Univ.*, 520 F. Supp. 2d 107, 111 (D.D.C. 2007) (discussing enforcement of the local rule) (citations omitted).  A memorializing Order will issue separately.


Date:   March 3, 2016                  _____/s/_____
                                                      ROSEMARY M. COLLYER
                                                      United States District Judge